

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Randyael Dontrell Tyson, Appellant

No. 06-14-00114-CR        v.

The State of Texas, Appellee

Appeal from the County Court of Lamar County, Texas (Tr. Ct. No. 61504). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Randyael Dontrell Tyson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED MARCH 18, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk